United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7
☒ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy
06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---|---|

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Louis<br>First name<br><br>Middle name<br><br>Greco<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. |  |  |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-6137 |  |

Debtor 1  Louis Greco

Case number *(if known)* _____

| | About Debtor 1: | About Debtor 2 (Spouse Only In a Joint Case): |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | _____<br>EIN | _____<br>EIN |

---

**5. Where you live**

132 Remsen Street
Brooklyn, NY 11201
_____
Number, Street, City, State & ZIP Code

Kings
_____
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number, Street, City, State & ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

---

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

_____

---

Debtor 1    Louis Greco                               Case number *(if known)* _____

**Part 2:**    **Tell the Court About Your Bankruptcy Case**

| 7. | The chapter of the Bankruptcy Code you are choosing to file under | *Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.<br><br>☐ Chapter 7<br>☒ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 |
|---|---|---|

| 8. | How you will pay the fee | ☒ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.<br><br>☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).<br><br>☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition. |
|---|---|---|

| 9. | Have you filed for bankruptcy within the last 8 years? | ☒ No.<br>☐ Yes. |
|---|---|---|

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

| 10. | Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate? | ☐ No<br>☒ Yes. |
|---|---|---|

| Debtor | Linda Greco | | | Relationship to you | Spouse |
|---|---|---|---|---|---|
| District | Eastern New York | When | 10/17/24 | Case number, if known | 24-44301 |
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

| 11. | Do you rent your residence? | ☒ No.    Go to line 12.<br>☐ Yes.    Has your landlord obtained an eviction judgment against you?<br><br>      ☐ No. Go to line 12.<br>      ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition. |
|---|---|---|

**Part 3:**   **Report About Any Businesses You Own as a Sole Proprietor**

**12.** **Are you a sole proprietor of any full- or part-time business?**

☒ No.   Go to Part 4.

☐ Yes.   Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Name of business, if any

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐   None of the above

**13.** **Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No.   I am not filing under Chapter 11.

☒ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

**Part 4:**   **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No.
☐ Yes.

What is the hazard?   _____

If immediate attention is needed, why is it needed?   _____

Where is the property?   _____
                        _____
                        Number, Street, City, State & Zip Code

| **Part 5:** | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Certificate Number: 14751-NYE-CC-040162549



14751-NYE-CC-040162549

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>October 4, 2025</u>, at <u>8:30</u> o'clock <u>PM PDT</u>, <u>Louis V Greco Jr</u>, received from <u>$$$$$$0$ BK Class, Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Eastern District of New York</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:  <u>October 4, 2025</u>          By:   <u>/s/AMEY AIONO</u>

                                   Name:  <u>AMEY AIONO</u>

                                   Title:  <u>Certified Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

Debtor 1  Louis Greco                                          Case number *(if known)* _____

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☒ No. Go to line 16b.

☐ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☒ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☒ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
☒ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☒ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50   million
☐ $50,000,001 - $100 million
☒ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Louis Greco
_____          _____
Louis Greco                                        Signature of Debtor 2
Signature of Debtor 1

Executed on    October 9, 2025                   Executed on   _____
                MM / DD / YYYY                                 MM / DD / YYYY

| | |
|---|---|
| **For your attorney, if you are represented by one**<br><br>**If you are not represented by an attorney, you do not need to file this page.** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.   I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |

/s/ Kevin Nash
_____
Signature of Attorney for Debtor

Date     October 9, 2025
_____
MM / DD / YYYY

Kevin Nash
_____
Printed name

Goldberg Weprin Finkel Goldstein LLP
_____
Firm name

125 Park Ave
New York, NY 10017-5690
_____
Number, Street, City, State & ZIP Code

Contact phone _____     Email address     knash@gwfglaw.com

1927656 NY
_____
Bar number & State

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re:                                                        Chapter 11

Aherman LLC,
                                                              Case No.

                          Debtor.

------------------------------------------------------------x

In re:                                                        Chapter 11

Louis Greco, Jr.,
                                                              Case No.

                          Debtor.

------------------------------------------------------------x

## CONSOLIDATED DECLARATION OF LOUIS GRECO, JR.
### PURSUANT TO THE LOCAL BANKRUPTCY RULES

Louis Greco, Jr., declares the following under penalties of perjury pursuant to 28 U.S.C. § 1746:

1.      I am the managing member of the debtor herein, Aherman LLC, (the "<u>Debtor</u>"). This Chapter 11 case is being filed as a related case to my wife's individual Chapter 11 case which remains pending under Case No. 24-44301-ESS.  This filing brings before the Court the Debtor as the fee and title owner of certain valuable real property so that a bankruptcy process can be pursued to sell significant residential and commercial properties.  To round out the picture, I am also filing a personal Chapter 11 case since Aherman, my wife and I have many common creditors and overlapping ownership of real property, such that our interests are aligned.

2.      I respectfully submit this Declaration in accordance with the Local Bankruptcy Rule 1007-4 in support of the filing of the Debtor's Chapter 11 case, as well as my own personal petition.

## Background

3.     I am a real estate developer by profession and I have enjoyed great success and great failure.  Currently, my failures are now overcomplicating my life and require bankruptcy intervention.

4.     Aherman, which is jointly owned by the wife and me, owns six residential condominium units located at 132 Remsen Street, Brooklyn, NY (the "Remsen Property"), identified as Units 1, 2, 3, 7, 8 and 9.

5.     The Units at the Remsen Property are subject to various mortgages (firsts and seconds) held by the senior lender, Wendover Funder LLC, totaling $14,744,058 in principal alone, plus subordinate mortgages held by Hal Freidman and Lawrence Dalton in the principal amount of $1.2 million.  The six Units are believed to have a value of approximately $4.0 million and provide additional collateral to Wendover which also holds a mortgage on Unit 4, which is owned solely by my wife and has a value of approximately $10 million.

6.     Besides the Remsen Property, Aherman also owns two residential units and a part interest (33%) in the commercial units at 56 Court Street, Brooklyn, NY (the "Court Street Property").  The residential units are subject to the same mortgage held by Wendover Funder LLC, while the commercial units are not subject to any mortgage debt.

## Reorganization Strategy

7.     On behalf of Aherman and my family, I have reached an agreement in principle with Wendover for an exit strategy for Aherman, my wife and myself under a joint Chapter 11 plan  predicated upon the sale of all of the units in bankruptcy using the provisions of Section 363.

8.     Essentially, all of the assets held by my wife and I, together with all of the assets held by Aherman, will be part of the sale, likely utilizing Compass Realty as the broker upon

Bankruptcy Court approval. The sale proceeds will be used to fund a joint liquidating plan using the residual proceeds after payment of Wendover's secured debt in an agreed discounted amount. We project that there will be at least $1.0 million to make a pro rata distribution to other creditors.

9.     As part of the agreement with Wendover and subject to confirmation of the joint reorganization plan, my wife and I have moved out of Unit 4 and into Unit 2. We intend sell Unit 4, together with five of the Units owned by Aherman, and to cause Aherman to return and surrender Unit 2 to Wendover for a credit equal to fair market value, with a sale/lease back arrangement that will allow us to live in Unit 2.

10.     Complicating the issues, one of my creditors, NH Smith Lender LLC ("NH Smith") obtained a judgment against me. As part of its efforts to enforce that judgment, NH Smith has obtained a decision from the Supreme Court, Kings County authorizing it to seize my membership interest in Aherman. That decision is not final, and this Chapter 11 case is being filed prior to the entry of an Order on that decision, so as to stay any further efforts by NH Smith with respect to Aherman while we effectuate the liquidating plan.

<b>Local Rule 1007-4 Disclosures</b>

11.     Pursuant to Local Rule 1007-4 (a)(v), no committee of creditors was formed prior to the filing of the Petition.

12.     Pursuant to Local Rule 1007-4(a)(vi), lists of the twenty largest unsecured creditors are included herewith for both Aherman and myself.

13.     Pursuant to Local Rule 1007-4(a)(vii), Aherman is subject to the Wendover mortgage referenced above. I have only one secured creditor, NH Smith, which is in the process of enforcing its judgment against my membership interest in Aherman. The assets of certain of the companies in which I hold a membership interest are subject to various mortgages, as will be

detailed in my bankruptcy Schedules to be filed within two weeks. In each instance, I believe that the balance due on the mortgages exceeds the fair value of the collateral assets.

14.     Pursuant to Local Rule 1007-4(a)(viii), the assets and liabilities of both Aherman and me will be set forth in the bankruptcy Schedules to be filed within two weeks.

15.     Pursuant to Local Rule 1007-4(a)(ix), because I am an individual debtor, there are no equity interests. Aherman is owned equally by my wife and me.

16.     Pursuant to Local Rule 1007-4(a)(x), no receiver or other custodian has been appointed to operate the Remsen Property or the Court Street Property.

17.     Pursuant to Local Rule 1007-4(a)(xi), my assets and those of Aherman are located in Brooklyn, New York.

18.     Pursuant to Local Rule 1007-4(a)(xii), the books and records for Aherman and me are located at my home in Brooklyn, New York.

19.     Pursuant to Local Rule 1007-4(a)(xiii), lists of lawsuits is included herewith for Aherman. I will file a separate list of lawsuits for myself within the next two weeks.

Dated:  Brooklyn, New York
        October 9, 2025

                                    By:     /s/ Louis Greco, Jr.

In re   Louis Greco                                    Case No.

                                        Debtor(s)       Chapter    11

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:    October 9, 2025               /s/ Louis Greco
                                           Louis Greco
                                           Signature of Debtor

Date:    October 9, 2025               /s/ Kevin Nash
                                           Signature of Attorney
                                           Kevin Nash
                                           Goldberg Weprin Finkel Goldstein LLP
                                           125 Park Ave
                                           New York, NY 10017-5690
                                           Fax:

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

BNDO Manager LLC
132 Remsen Street
Brooklyn, NY 11201

Brian Leary
81 Willoughby Street, 8th Floor
Brooklyn, NY 11201-5233

Elaine Richardson
72 Reade Street
New York, NY 10007

Robert and Lainie Roldan
30 Turnberry Drive
Manalapan, NJ 07726

Robert H Rodgers
8 Remsen Street
Brooklyn, NY 11201

G46 LLC
132 Remsen Street
Brooklyn, NY 11201

Michael Silber and Juleann Melendez
150 Remsen Street
Brooklyn, NY 11201

Bryan Bowers and Cara Bowers
118 Joralemon Street
Brooklyn, NY 11201

Post Road Realty Services LLC
51 East 12th Street
New York, NY 10003

Caryl Stern
211-25 34 Road
Bayside, NY 11361

Lisa Robins Pauze and Herve Pauze
26 Saunders Road
Singapore 228268

John E Herzog
824 Harbor Road
Southport Conn. 06890

Lucky Duck LLC
c/o Blair Brewster
297 Henry Street
Brooklyn, NY 11201

Montyson LLC
360 Furman Street
New York, NY 10123

Stephen Dietz
96 State Street
Brooklyn, NY 11201

Robert Dietz
464 Hartung Drive
Wyckoff, NJ 07481

Shane Naughton
53 Crosby Street Apt 5
New York, NY 10012

Chabad Lubavitch
117 Remsen Street
Brooklyn, NY 11201

Benzion Raskin
117 Remsen Street
Brooklyn, NY 11201

Tracey Mclean
225 Eastern Parkway 1H
Brooklyn, NY 11238

Menachem Raskin
117 Remsen Street
Brooklyn, NY 11201

Aaron & Shternie Raskin
117 Remsen Street
Brooklyn, NY 11201

Deborah Buell & Charles S. Henry
221 Congress Street
Brooklyn, NY 11201

Peter B. Schubert
23 White Plains Road
Bronxville, NY, 10708

Samuel Elhadad
196 Columbia Heights
Brooklyn, NY 11201

William Looker
141 Joralemon Street, Apt 5F
Brooklyn, NY 11201

Dina E. Micheletti
416 Athenian Way
Pacifica, CA 94044

Samuels Consulting & Associates Inc.
196 Columbia Heights
Brooklyn, NY 11201

Scott Hefler
32 Gramercy Park South Apt 8K
New York, NY 10003

Constance Forman
40 West Beech Street
Long Beach, NY 11561

David Yassky LLC
62 Joralemon Street
Brooklyn, NY 11201

BM Holdings
277 Gold St. - Apt 12J
Brooklyn, NY 11201

Adam J. Hess
246 5th Avenue
Brooklyn, NY 11215

Albert P. Richman Living Trust
235 West Hobart Gap Road
Livingston, NJ 07039

Eugene Speroni
2892 Stevens Street
Oceanside, NY 11572

Hal Friedman
140 Remsen St
Brooklyn, NY 11201

100 Congress Condo Board of Managers
100 Congress Street
Brooklyn, NY 11201

153 Lincoln Place Board of Managers
153 Lincoln Place
Brooklyn, NY 11217

AFCO Credit Corporation
150 N. Field Drive, Suite 190
Lake Forest, IL 60045

Nicole Cifferello
Ares Management
245 Park Ave 44th floor,
New York, NY 10167

American Express Legal
200 Vesey Street, 22nd Floor
New York, NY 10285

American Express
c/o Becket & Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

BE@William Condominium
Attn: Leo Jacobs & Wayne M. Greenwald
Jacobs, P.C.
717 Fifth Avenue -26th Floor
New York, New York 10022

Board of Managers of Loft Space Condominium
Attn: Steve D. Slatkus
270 Madison Ave
New York, NY 10016

Board of Mgrs of One Grand Army Plaza
One Grand Army Plaza
Brooklyn, NY 11238

Andres Rivera
c/o Baker, Greenspan & Bernstein, Esqs.
2099 Bellmore Avenue
Bellmore, NY 11710

AON Risk Services
One Liberty Plaza
165 Broadway, Suite 301
New York, NY 10006

AX9 Security Inc.
Trenk Isabel Siddiqi & Shahdanian P.C.
50 Boardway, Suite 1000
New York, NY 10004

Chase Visa
Credit Card Services
P.O. Box 15123
Wilmington, DE 19850-5123

Chase Visa
PO Box 1423
Charlotte, NC 28201-1423

Cloudfund LLC
Samson Group
400 Rella Blvd. Suite 165-101
Suffern, NY 10901

Discover Financial Services
P.O. Box 30943
Salt Lake City, UT 84130-0943

Eastern Garnet Holdings, LLC
c/o Keith M. Brandofino
Holland & Knight LLP
787 Seventh Avenue
New York, NY 10019

Ferrara Bros., LLC
Steven Cohen Esq
540 East 180th Street. Suite 203
Bronx, NY 10157

Forever Funding LLC
251 Little Falls Dr
Wilmington, DS 19808

Fundbox, INC
5750 Legacy Drive Suite B3-535
Plano, TX 75024

Lawrence Dalton
140 Remsen St
Brooklyn, NY 11201

Hal Friedman and Lawrence Dalton
c/o Steven Landy, Esq.
Landy Wolf, PLLC
270 Madison Avenue, Suite 1801
New York, New York 10016

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Jay Schippers
10 Pierrpont St
Brooklyn, NY 11201

Jeffrey K. Cymbler Esq
District Tax Attorney
NYS Dept of Taxation and Finance
15 Metro Tech Brooklyn, NY 11201

Jeong Son
c/o 388 Broadway Residents LLC
10 Pierrepont Street
Brooklyn, NY 11201

Wagner Francis Richman & Ackerman, PLLC
Floral Park 11001
66 South Tyson Avenue
Floral Park 11001

JPMorgan Chase Bank, N.A.
Robertson Anschutz Scneid et al
6409 Congress Avenue, Suite 100
 Boca Raton, F;, 33487

Lee A. Pepper, Esq.
Arent Fox Schiff LLP
1301 Avenue of the Americas, 42nd Fl.
New York, NY 10019

Mario Procida
c/o Joseph McMahon, Esq.
200 Garden City Plaza, Suite 408
Garden City, NY 11530

NYC Department of Finance
Legal Affairs, Collection Unit
375 Pearl St, Apt 30
New York, NY 10038

NYC Dept of Law
Attn: Bernadette Brennan, Esq.
100 Church St Rm 5-233
New York, NY 10007-2601

NYS Attorney General
28 Liberty St
New York, NY 10005-1400

NYS Dept of Taxation and Finance
Bankruptcy/Special Procedure
PO Box 5300
Albany, NY 12205

William Lewis Wexler, Esq.
395 East 4th Street, Suite 1
Brooklyn, NY 11218

Aki Todic
23-67 31st St,
Astoria, NY 11105

Solomon A. Frager, Esq.
Schwartz Sladkus Reich et al
444 Madison Avenue, 6th Floor
New York, NY 10022

Strata Trust Company
600 Congress Avenue
Austin, TX 78701

Wendover Funder LLC
140 Wendover Rd
Rye, NY 10580

Wendover Funder LLC
c/o Matthew R. Brooks, Esq.
Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, New York 10022

PFK O'Connor Davies
c/o Wilson Elser
Attn: William Cortellsessa
1133 Westchester Avenue
White Plains, NY 10604

Citibank Customer Service
P.O. Box 6500
Sioux Falls, SD 57117

Valverde Construction
Javiere Valverde
2256 80th Street
East Elmhurst. NY 11370

Maris Wacs, as Executrix
for the Estate of Mark D. Marderosian
c/o Elizabeth C. Viele, Esq.
Fox Rothschild LLP
101 Park Avenue, 17th Floor
New York, NY 10178

NH Smith Lender LLC
c/o Clifford A. Katz, Esq.
Goetz Platzer, LLP
One Penn Plaza, Suite 3100
New York, New York 10119

Shahram David Behin
c/o Law Offices of Daniel Berk
445 Park Avenue, Suite 1000
New York, New York 10022

Sills Cummins & Gross P.C.
101 Park Avenue, 28th Floor
New York, New York 10178

186 Montague Street, LLC
c/o Jeremy Krantz Esq
1123 Broadway
New York, NY 100101

The Avanza Group, LLC
3974 Amboy Road, Ste 306
Staten Island, NY 10308

TIG-Romspen Us Master Mortgage LP
c/o Burton S. Weston, Esq.
Garfunkel Wild, P.C.
111 Great Neck Road, Suite 503
Great Neck, NY 11021

228 Smith Street LLC
152 Carroll Street
Brooklyn, New York 11231

75 Columbia Condominium Inc.
75 Columbia Street
Brooklyn NY

Lawrence J Berger PC
200 Madison Ave Ste 1902
New York, NY 10016

Verizon
Bankruptcy Administration
500 Technology Drive, Suite 550
Weldon Spring, MO 63304

Lee Weiderkehr, Esq.
DelBello Donnellan Weingarten
Wise & Wiederkehr, LLP
One North Lexington Avenue, 11th Floor
White Plains NY 10601

Michael J. Grudberg, Esq.
Tarter Krinsky & Drogin
1350 Broadway
New York NY 10018

90 William Holding LLC and Dream SDS LLC
c/o Laurence J. Lebowitz, Esq.
Dealy Silberstein & Braverman, LLP
225 Broadway, Suite 1240
New York, New York 10007

Peter Dixon
c/o Brendan J. Derr, Esq.
Rosenberg & Estis, P.C.
733 Third Avenue
New York, New York 10017

United Leasing, Inc.
The Stuttman Law Group, P.C.
100 Manhattanville Road, Suite 4E20
Purchase, New York 10577

Ashley M. Pinkard
VP, Commercial Lending Asset Quality
Self-Help Credit Union
PO Box 3619
Durham, NC 27702

Self-Help Credit Union
c/o Mark A. Samuel, Esq.
1350 Broadway, Suite 151
New York, N.Y. 10018

Interebar Fabricators LLC
Windels Marx Lane and Mittendorp
156 West 56 Street
New York, NY 10019

Barry Leone
326 Linden Place
West Hempstead, NY 11552

Shahn Andersen
388 Broadway
New York, NY