# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LOUIS GRECO,<br><br>        Debtor. | Case No. 25-44913-ESS<br><br>Chapter 11 |

## NOTICE OF APPEARANCE OF COUNSEL

**PLEASE TAKE NOTICE** that Mark S. Lichtenstein, Esq., of Akerman LLP, hereby appears as counsel in this case for creditor Eastern Garnet Holdings, LLC, pursuant to 11 U.S.C. § 1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Local Bankruptcy Rule 2090-1(a), and requests copies of all notices and pleadings pursuant to Bankruptcy Rules 2002, 3017 and 9007 including, without limitation, any and all notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings, requests, and any other documents brought before the Court in this case.

**PLEASE TAKE FURTHER NOTICE** that all pleadings, notices of hearing and other filings in this matter be served upon the undersigned counsel at the following address:

Mark S. Lichtensetein
AKERMAN LLP
1251 Avenue of the Americas, 37th Floor
New York, NY 10020
Telephone: (212) 880-3800
E-mail: mark.lichtenstein@akerman.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, this demand includes not only notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether

56690484v1

transmitted or conveyed by mail, email, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Eastern Garnet Holdings, LLC's right (i) to have final orders in non-core matters and certain core matters entered by an Article III judge or entered only after de novo review by a higher court; (ii) to trial by jury in any proceeding so triable herein or in any related case, controversy or proceeding; (iii) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Eastern Garnet Holdings, LLC is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: New York, New York
      November 3, 2025

                                            AKERMAN LLP

                                  By:   */s/Mark S. Lichtenstein*
                                                  Mark S. Lichtenstein
                                                  1251 Avenue of the Americas, 37th Floor
                                                  New York, NY 10020
                                                  Telephone: (212) 880-3800
                                                  E-mail: mark.lichtenstein@akerman.com

                                      *Counsel for Eastern Garnet Holdings, LLC*