UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
_____

In re:                                                      Chapter 11

LOUIS GRECO                                     **NOTICE OF APPEARANCE**

                                                            Case No. 1-25-44913-ess

        Debtor.
_____

      **PLEASE TAKE NOTICE** that, pursuant to Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure and Section 342 of the Bankruptcy Code, the undersigned hereby appears in this matter as attorneys for **Mario Procida**, Creditor.  All papers and other communications concerning this matter shall be directed to the undersigned at the office and post office address indicated below.

      **TAKE FURTHER NOTICE** that, pursuant to section 342 of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, electronic or computer means, facsimile transmission, telegraph, telex, or otherwise that (1) affect the above-captioned Debtor, any property of the Debtor, or any property in which the Debtor holds an interest; and/or (2) affect or seek to affect in any way any rights or interest of any party in interest in this proceeding.

**TAKE FURTHER NOTICE** that this Notice of Appearance shall not be deemed or construed to be a waiver of the rights of the party appearing herein (i) to have final orders in noncore matters entered only after *de novo* review by a District Court, (ii) to trial by jury in any proceeding so triable in these cases, controversy, or proceeding related to this case, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, setoffs, or recoupments to which the appearing party is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
      November 13, 2025

                                            LAW OFFICES OF
                                            BERNARD D'ORAZIO & ASSOCIATES, P.C.

                                            s/Bernard D'Orazio
                                            _____
                                            By: Bernard D'Orazio
                                            Attorneys for Mario Procida
                                            The Legal Studio @ 238 West 139th Street
                                            New York, New York 10030
                                            (212) 608-5300
                                            bdorazio@dorazio-law.com

TO:

Clerk of the Court
(VIA ECF)