UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x

In re:                                                                  Chapter 11

Linda Endres Greco,                                          Case No. 24-44301-ESS

                                    Debtor.
--------------------------------------------------------x

In re:                                                                  Chapter 11

Aherman LLC,                                                  Case No. 25-44912-ESS

                                    Debtor.
--------------------------------------------------------x

In re:                                                                  Chapter 11

Louis Greco, Jr.,                                               Case No. 25-44913-ESS

                                    Debtor.
--------------------------------------------------------x

## ORDER DIRECTING THE JOINT
## ADMINISTRATION OF AFFILIATED CASES

Upon the joint application of Linda Greco, Louis Greco and Aherman LLC (collectively, the "Debtors") for an Order directing the joint administration of affiliated cases pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure; and good and sufficient notice having been given; and no objection or request for hearing having been filed; and good and sufficient cause appearing therefor;

***NOW, THEREFORE,*** it is

**ORDERED**, that the Debtors are hereby authorized to jointly administer their cases; and it is further

**ORDERED**, that the Clerk of the Court is directed to record all matters in the above captioned cases on the docket sheet for Linda Endres Greco, Case No. 24-44301-ESS.  This case

will be known as the lead case.  The other related docket will so indicate that future entries will be found on the docket of the lead case; and it is further

**ORDERED**, that nothing herein contained shall constitute or be deemed to constitute the substantive consolidation of these estates; and it is further

**ORDERED**, that papers submitted shall clearly indicate on the face of the paper the specific debtor entity to which the paper relates; and it is further

**ORDERED**, that all claims for each case shall continue to be docketed on each individual case claims docket; and it is further

**ORDERED**, that the Debtors shall maintain separate bank accounts; and it is further

**ORDERED**, that the Debtors shall each file separate monthly operating reports required by the Operating Guidelines and Reporting Requirements for Debtors in Possession and Trustees, issued by the U.S. Trustee, in accordance with the applicable Instructions for UST Form 11-MOR: Monthly Operating Report and Supporting Documentation; and it is further

**ORDERED**, that the caption of the jointly administered cases shall be as follows:

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x

| In re: | Chapter 11 |
|---|---|
| Linda Endres Greco, | Case No. 24-44301-ESS |
| Aherman LLC, | Case No. 25-44912-ESS |
| Louis Greco, Jr., | Case No. 25-44913-ESS |
| Debtors. | Jointly Administered |

--------------------------------------------------------x

and it is further

**ORDERED**, that the Clerk of the Court is directed to provide notice of this amended caption and administrative consolidation to all creditors and parties in interest.

Dated: Brooklyn, New York
February 20, 2026



_____
Elizabeth S. Stong
United States Bankruptcy Judge